Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Robert William Moore
SPN# 00676430

versus

John Doe

§
§
§
§
§
§
§
§

CIVIL ACTION NO. _____

## ORIGINAL COMPLAINT

Defendant, "John Doe", is a person whose name is not known by Planitiff whose name will be added once it is known. He is the Grandson of the Chaplin of Pente Costes Sihlo Baptist Church. "John Doe" on the night of 4·24·2020 violently assaulted Defendant with the butt end of his 9mm Handgun, hitting him in the face causing serious bodily injury. Defendant was taken by H.P.D. to L.B.J. Hospital where a CAT scan determined Defendant had sustained broken facial bones from the Aggravated Assault. Surgery was scheduled and Plastic Surgeons at L.B.J. preformed Surgery on or about May 2020, to repair the damage Plaintiff caused on the night of April 24, 2020. Plaintiff spent a month in the Harris Co. Jail infirmary recovering from Surgery. Plaintiff was arrested on 4·24·2020 on a Motion to Revoke Parole which was Discharged on 11·18·2020 By